FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2022 FEB 24  PM 4:14

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-75-MSS-JSS
18 U.S.C. § 922(g)(1)

BRUCE LAWRENCE DUNBAR

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 30, 2021, in the Middle District of Florida, the defendant,

BRUCE LAWRENCE DUNBAR,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Aggravated Battery on or about April 16, 1987;

2. Sale and Possession of a Controlled Substance, on or about April 16, 1987;

3. Failure to Appear, on or about August 20, 1991;

4. Possession of Cocaine on or about August 20, 1991 (2 counts);

5. Possession of Cocaine on or about April 3, 2000; and

6. Possession with Intent to Distribute 28 grams or more of Cocaine Base on or about March 27, 2012,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Smith and Wesson handgun, 5 rounds of Winchester

ammunition, and 10 rounds of Hornady ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Smith and Wesson handgun, approximately 5 rounds of Winchester ammunition, and approximately 10 rounds of Hornady ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

By: _____
Christopher Murray
Assistant United States Attorney
Chief, Criminal Division

FORM OBD-34
February 22

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

BRUCE LAWRENCE DUNBAR

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 24th day

of February, 2022.

_____
Clerk

Bail $_____

GPO 863 525