# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO: 8:22-cr-75-MSS-UAM

BRUCE LAWRENCE DUNBAR

_____

## ORDER

**THIS CASE** is before the Court for consideration of Defendant Bruce Lawrence Dunbar's Motion to Dismiss. (Dkt. 129) Defendant's motion is **DENIED** in light of the Eleventh Circuit's decision in United States v. Dubois, 94 F.4th 1284, 1293 (11th Cir. 2024), which rejected a defendant's contention that New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 597 U.S. 1 (2022) abrogated United States v. Rozier, 598 F.3d 768 (11th Cir. 2010). Thus, until the Supreme Court articulates otherwise, Mr. Dunbar's Second Amendment challenge is barred by this Circuit's precedent. See Dubois, 94 F.4th at 1293; Rozier, 598 F.3d at 770–71.

**DONE and ORDERED** in Tampa, Florida, this 13th day of May 2024.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies to:**
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service